Tyler J. Woods, Bar No. 232464
twoods@trialnewport.com
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
NEWPORT TRIAL GROUP
4100 Newport Place Dr., Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

*Attorneys for Plaintiff ECLIPSE IP LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ECLIPSE IP LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRI STARR MANAGEMENT SERVICES, INC.,<br>D/B/A LEGACY SUPPLY CHAIN SERVICES<br><br>　　　　Defendant. | Case No. 14-CV-00578-0DW (SH)<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

NEWPORT TRIAL GROUP

- 1 -
JOINT STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Eclipse IP LLC and Defendant Tri Starr Management Services, Inc. by and through their attorneys, jointly move for an order approving their stipulation as follows:

1. All claims and counterclaims are dismissed with prejudice.

2. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the submission of this Joint Stipulated Dismissal With Prejudice.

Respectfully submitted, this 9th day of July, 2014.

NEWPORT TRIAL GROUP

By: /s/ Tyler J. Woods
    Tyler J. Woods
    Attorney for Plaintiff
    ECLIPSE IP LLC

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ Jason W. Melvin
    Jason W. Melvin

Attorney for Defendant/Counterclaimant Tri Starr Management Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2014, I electronically filed the foregoing JOINT STIPULATED DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/Tyler J Woods

Tyler J Woods