JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>TRI STARR MANAGEMENT SERVICES, INC., et al.,<br><br>              Defendants. | Case No. EDCV 14-578-GW(AJWx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety. Each party is to bear its own costs and attorneys' fees with respect to this legal action.

      IT IS SO ORDERED.

Dated: July 10, 2014                               BY THE COURT

                                                                 _____
                                                                 HONORABLE GEORGE H. WU
                                                                 UNITED STATES DISTRICT JUDGE